**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & the District Court of CT)
Email: hbbronson@bronsonlaw.net

Allen A. Kolber, Esq.
(admitted NY)
Of Counsel
Email: akolber@kolberlegal.com

Carl Nelson, Esq.
Admitted NY
Of Counsel
carl@cnelsonlaw.com

November 26, 2024

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

**Re: In re: 307 Assets LLC, Docket No. 24-2881; Scheduling Request.**

Dear Ms. Wolfe:

Please be advised that the undersigned counsel represents the appellant, Sei Insieme LLC(the "Appellant"), in the above referenced matter. In accordance with the local rule of the Second Circuit, the Appellant requests that the deadline for filing its brief be Thursday February 13, 2025which is the date that is ninety-one (91) days from the date of the filing of forms C and D, which was November 14, 2024.

Thank you.

Respectfully,

H. Bruce Bronson, Jr.

cc: All parties by ECF