# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-five,

In Re: 307 Assets LLC

    Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sei Insieme LLC,

 Plaintiff-Appellant,

v.

307 Assets LLC

 Defendant-Appellee.

**ORDER**
Docket No. 24-2881

 Counsel for Appellee 307 Assets LLC has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 8, 2025, as the brief filing date.

 It is HEREBY ORDERED that Appellee's brief must be filed on or before May 8, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

